**Arrow**
**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services
208 S. LaSalle Street
Chicago, IL 60604
312 345 4336 tel
www.ctcorporation.com

JH

December 27, 2011

**FILED**
JAN 05 2012
Jan. 5, 2012
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave,
Suite 9020,
Chicago, IL 60601

11CV9008

Re: Shirley Mack on behalf of herself and others similarly situated, Pltf. vs. General Motors Financial Company, Inc., etc.

Case No. 111CV9008

Dear Sir/Madam:

We are herewith returning the Notice, Motion(s), Exhibit(s) which we received regarding the above captioned matter.

General Motors Financial Company, Inc. is not listed on our records or on the records of the State of IL.

Very truly yours,

Felicia Randle
Service of Process

Log# 519705434

FedEx Tracking# 797889545464

cc: Northern District of Illinois - U.S. Bankruptcy Court - Eastern Division
748 Dirksen Building,
219 S. Dearborn Street,
Chicago, IL 60604

December 23, 2011

**FILED**

**JAN 0 5 2012**

**THOMAS G BRUTON**
**CLERK, U S DISTRICT COURT**

David S. Yen
120 S. LaSalle Street,
Suite 900,
Chicago, IL 60603-3425

Re: In Re: Michele A Franklin (XXX-XX-3256), Debtor // To: Unidentified Entity

Case No. 1132713

Dear Sir/Madam:

C T Corporation System received the enclosed Notice.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,


Thad DiBartelo
SOP Corporate Operations Manager

Log# 519692047

FedEx Tracking# 793056991580

cc: Northern District of Illinois - U.S. Bankruptcy Court - Eastern Division
    748 Dirksen Building,
    219 S. Dearborn Street,
    Chicago, IL 60604