**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHIRLEY MACK on behalf of herself and others similarly situated,  Plaintiffs, | ) )  ) ) | 1:11-cv-9008 |
| v. | ) ) ) | Judge Kim (by consent) |
| GENERAL MOTORS FINANCIAL COMPANY, INC. f/k/A AMERICREDIT CORP.,  Defendant. | ) ) ) ) | JURY DEMANDED |

**PLAINTIFF'S NOTICE OF AUTHORITY**

Plaintiff Shirley Mack respectfully brings to the Court's attention the Seventh Circuit's decision in *Soppet v. Enhanced Recovery Company, LLC*, available at 2012 WL 1650485, issued on May 11, 2012. Plaintiff submits this authority because she cited the trial court's summary judgment opinion in her motion to compel at page 1, indicating that an appeal was pending. The decision, attached, affirms the District Court's ruling and completes the citation.

Respectfully submitted,

/s/Alexander H. Burke

**BURKE LAW OFFICES, LLC**

155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com