**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHIRLEY MACK on behalf of herself and others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC. f/k/A AMERICREDIT CORP.,<br>    Defendant. | )<br>) 1:11-cv-9008<br>)<br>) Judge Kim (by consent)<br>)<br>)<br>) JURY DEMANDED<br>)<br>) |

**NOTICE OF UNOPPOSED MOTION**

To:    Counsel of Record

PLEASE TAKE NOTICE that on the 17th day of July, 2012 at 11:00 a.m. the undersigned shall appear before Magistrate Judge Kim in Courtroom 1944D and then and there present Defendant's Unopposed Motion to Stay Proceedings Pending Mediation.

    /s/ Howard L. Teplinsky

Howard L. Teplinsky - 6197501
Beermann Pritikin Mirabelli Swerdlove LLP
161 N. Clark Street, No 2650
Chicago, IL 60601
(312) 621-9700
(312) 621-0909 (fax)
hteplinsky@beermannlaw.com

Chad Fuller
Goodwin Procter, LLP
4365 Executive Drive, 3rd Floor
San Diego, CA 92121
CFuller@goodwinprocter.com

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that on the 13th day of July, 2012 he caused the attached Notice of Motion to be served electronically on all counsel of record.


                /s/ Howard L. Teplinsky